Catherine KELLY, Appellant, v. Louis E. RIECK, Trustee of VEELOCK MFG. CO., et al.

No. 6885.

Circuit Court of Appeals, Third Circuit.

Jan. 11, 1939.

James R. Wilson, William J. Wilson, and William F. Zinger, all of Philadelphia, Pa., for appellant.

Frank J. Bowden, of Philadelphia, Pa., for appellees.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed upon the opinion of Judge Dickinson, In re Veelock Mfg. Co., 26 F.Supp. 110.

F. R. KORNS, Appellant, v. THOMSON & McKINNON et al.

No. 11304.

Circuit Court of Appeals, Eighth Circuit.

Sept. 6, 1938.

Howard L. Bump, of Des Moines, Iowa, for appellant.

Cobb, Hoke, Benson, Krause & Faegre, of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal, 22 F.Supp. 442, docketed and dismissed at costs of appellant, but without taxation of attorney fee which is waived, on joint motion of counsel for respective parties.

KRAFT–PHENIX CHEESE CORPORATION, Appellant, v. UNITED STATES of America.

No. 11238.

Circuit Court of Appeals, Eighth Circuit.

Sept. 14, 1938.

John T. Chadwell, of Chicago, Ill., for appellant.

Victor E. Anderson, U. S. Atty., and Lewis N. Evans, Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM.

Appeal dismissed without costs to either party in this Court, on motion of appellant and stipulation of parties.

Lindley R. LANE v. The BUCKLIN STATE BANK.

No. 1797.

Circuit Court of Appeals, Tenth Circuit.

March 16, 1939.

Foulston, Siefkin, Foulston & Morris, of Wichita, Kan., for appellant.

George R. Gould, of Bucklin, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, at appellant's costs, pursuant to stipulation.